UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

*November 03, 2025*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal No. |
| | § |
| CHARLES SIRINGI | §  4:25-cr-577 |
| | § |

## CRIMINAL INFORMATION

**(Deprivation of Rights Under Color of Law – 18 U.S.C. § 242)**

On or about March 31, 2025, in the Southern District of Texas, defendant **CHARLES SIRINGI**, while acting under color of law, shoved, grabbed and slammed into walls detainee C.R., willfully depriving him of the right, secured and protected by the Constitution and laws of the United States, to be free from the use of unreasonable force by a law enforcement officer, all in violation of Title 18, United States Code, Section 242.

SIGNED ON SEPTEMBER 2, 2025 BY:

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Lauren M. Valenti*

Lauren M. Valenti
Assistant United States Attorney
Southern District of Texas
1000 Louisiana Street, Ste 2300
Houston, Texas 77002
Tel: (713) 567-9000
Lauren.Valenti@usdoj.gov